

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 5ᵗʰ Floor*
*New York, New York 10007*

May 22, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

<u>By Facsimile</u>

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York  10007

>          Re:  <u>Doe et al. v. Holder</u>, 04 Civ. 2614 (VM)

Dear Judge Marrero:

I write respectfully in response to plaintiffs' letter to Your Honor dated May 21, 2009, in which plaintiffs propose a schedule for proceedings in this Court on remand.  Plaintiffs propose that the Government be required to submit its papers demonstrating the continuing need for non-disclosure of the National Security Letter served upon plaintiff Doe by June 3, 2009, and that plaintiffs' responsive papers be due by June 17.  As I explained to plaintiffs' counsel, Jameel Jaffer, the Government needs additional time to submit its papers, until June 17, 2009.  The Government requires this additional time because of the high-level of review required in this matter, both within the Federal Bureau of Investigation and the Department of Justice.  In addition, I have been assigned to an urgent, impending bankruptcy matter that likely will occupy my time for the entire week of June 1.

Accordingly, the Government respectfully requests that the Court approve the following schedule:  Government's papers in support of the continuing need for nondisclosure of the National Security Letter due on June 17, 2009; plaintiffs' papers in response due on July 1, 2009.

Thank you for your attention to this matter.

Respectfully,

LEV L. DASSIN
Acting United States Attorney

By:  _____

JEFFREY OESTERICHER
Assistant United States Attorney
Tel.: (212) 637-2698

cc:  Jameel Jaffer, Esq.
Melissa Goodman, Esq.
(By facsimile)

> Request GRANTED. The briefing schedule with regard to the
> motion _for an order of nondisclosure_ herein
> is extended as set forth herein: motion papers submitted by
> _6-17-09_ ; response _7-1-09_ ;
> reply _____ .
>
> SO ORDERED.
>
> _5-26-09_ _____
> DATE              VICTOR MARRERO, U.S.D.J.

2