NATIONAL SECURITY PROJECT





JUN 2 5 2009

June 24, 2009

**By Hand**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

**OFFICERS AND DIRECTORS**
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*

Re:  *Doe v. Holder*, 04-CV-2614 (VM)

Dear Judge Marrero,

Enclosed please find a courtesy copy of the following documents,
which were filed with the clerk's office earlier today: (1) Plaintiffs' Motion
for Disclosure of Government's *Ex Parte* Filing or, in the Alternative, to
Require the Government to Produce an Unclassified Summary; and (2)
Plaintiffs' Memorandum in Support of the same motion.

These documents were filed on the public docket because they are
"limited to purely legal issues and . . . do not reference any factual
allegations" that are not already public. *Doe v. Ashcroft*, 317 F. Supp. 2d
488, 493 (S.D.N.Y. 2004).

The Government is directed to
respond by 6-30-09 to the
motion of plaintiff set
forth above

**SO ORDERED:**

6-25-09
**DATE**    VICTOR MARRERO, U.S.D.J.

Respectfully,

Melissa Goodman

Encl.

cc:    Jeffrey S. Oestericher
       Assistant United States Attorney