

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 5th Floor*
*New York, New York 10007*

June 26, 2009

<u>By Facsimile</u>

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-29-09

      Re:  <u>Doe et al. v. Holder</u>, 04 Civ. 2614 (VM)

Dear Judge Marrero:

      This Office represents defendants in the above-referenced matter. I write respectfully to request an eight-day extension, from June 30, 2009 to July 8, 2009, to respond to Plaintiffs' Motion for Disclosure of Government's *Ex Parte* Filing or, in the Alternative, to Require the Government to Produce an Unclassified Summary. Plaintiffs' counsel kindly has consented to this request.

      Pursuant to Your Honor's Order dated June 25, 2009, defendants' response to Plaintiffs' motion is due on June 30, 2009. I, however, am one of the Assistant United States Attorneys who has been assigned to the bankruptcy of General Motors Corporation, and will be tied up on that case until at least the middle or end of next week. Accordingly, I respectfully request an eight-day extension, until July 8, 2009, for the submission of defendants' response.

Hon. Victor Marrero
Page -2-

Thank you for your attention to this matter.

Respectfully,

LEV L. DASSIN
Acting United States Attorney

By: _____
JEFFREY OESTERICHER
Assistant United States Attorney
Tel.: (212) 637-2698

cc: Jameel Jaffer, Esq.
    Melissa Goodman, Esq.
    (By facsimile)

Request GRANTED. The Govern-
ments time to respond to
plaintiffs' motion for disclosure
of Government's Ex Parte Filing
is extended to 7-8-09

SO ORDERED:

6-26-09
DATE          VICTOR MARRERO, U.S.D.J.