

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 5th Floor*
*New York, New York 10007*

August 10, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-11-09

By Hand Delivery

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York  10007

        Re:  <u>Doe et al. v. Holder</u>, 04 Civ. 2614 (VM)

Dear Judge Marrero:

        Pursuant to the Court's request, I write to confirm
that on August 5, 2009, the Government provided to counsel for
plaintiffs a copy of (1) the unclassified summary of the
classified declaration submitted to the Court ex parte, in camera
on June 17, 2009; (2) a redacted version of the classified
declaration; and (3) a deletion codes key which explains the
redactions.  In addition, the parties have conferred and write to
propose a further briefing schedule in connection with
plaintiffs' challenge to the continuing need for non-disclosure
of the National Security Letter served upon plaintiff Doe.  The
parties respectfully request that plaintiffs' response papers be
due on August 21, 2009, and that defendants' reply papers be due
on September 11, 2009.

        Thank you for your attention to this matter.

                        Respectfully,

                        LEV L. DASSIN
                        Acting United States Attorney

                By:     _____
                        JEFFREY OESTERICHER
                        Assistant United States Attorney
                        Tel.: (212) 637-2698

Request GRANTED. The briefing schedule with regard to the
motion _challenging the non-disclosure of the NSL_ herein
is extended as set forth herein: motion papers submitted by
_____ ; response _8-21-09_ ;
reply _9-11-09_ .

SO ORDERED.

_8-11-09_
DATE                    VICTOR MARRERO, U.S.D.J.