DUPLICATE

MANDATE

SDNY - NYNY
04 cv 2614
Marrero J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____ 2 1 2009

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of December, two thousand eight,

Before:

Hon. Jon O. Newman,
Hon. Guido Calabresi,
Hon. Sonia Sotomayor,
        *Circuit Judges.*

FILED
DEC 15 2008
Catherine O'Hagan Wolfe, Clerk

John Doe Inc., John Doe, American Civil Liberties Union, American Civil Liberties Union Foundation,

        *Plaintiffs-Appellees,*

                v.

Michael B. Mukasey, in his official capacity as U.S. Attorney General of the United States, Robert Mueller, in his official capacity as Director of the Federal Bureau of Investigation, Valerie E. Caproni, in her official capacity as General Counsel of the Federal Bureau of Investigation,

        *Defendants-Appellants.*

SDNY / NYNY
Docket No. 07-4943-cv
04-cv-2614

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

ON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED, and DECREED that the judgment of the district court is AFFIRMED in part, REVERSED in part, and REMANDED for further proceedings in accordance with the opinion of this Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Joy Fallek
Joy Fallek
Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ J. D _____
        DEPUTY CLERK

Issued as Mandate:

MAR 1 1 2009