

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _11_/_12-0_9

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

NOV 12

November 10, 2009

By hand

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Doe v. Holder*, 04 Civ. 2614 (VM)

Dear Judge Marrero:

    Enclosed please find a redacted copy of the plaintiffs' motion for reconsideration and memorandum of law dated November 3, 2009. The only change from the sealed version served by plaintiffs is the removal of the unredacted version of the NSL Attachment, which plaintiffs attached as Exhibit A to this memorandum. Counsel for plaintiffs and the government have conferred about the redaction and plaintiffs do not intend to contest the redaction at this time. Accordingly, we enclose one set of these papers as a courtesy copy, and respectfully request that the other set be filed on the public docket.

Respectfully,

PREET BHARARA
United States Attorney

By:  _____

BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

> Request GRANTED. The Clerk of Court is directed to file in the public record of this action the plaintiffs' motion for reconsideration dated 11-3-09 with the redacted version of the NSL Attachment.
>
> **SO ORDERED:**
>
> 11-12-09    _____
> **DATE**    **VICTOR MARRERO, U.S.D.J.**

Encl.
cc:  Melissa Goodman, Esq. (by e-mail and mail: ACLU, 125 Broad St., 18th Floor, NY, NY 10004)